UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LYNN D. TUCKER, JR., et al., | CASE NO. C-1:03-cv-00607 |
| Plaintiffs, | JUDGE BECKWITH |
| -vs- | |
| CITY OF FAIRFIELD, OHIO, et al., | |
| Defendants. | |

## AFFIDAVIT OF WILSON G. WEISENFELDER, JR.

STATE OF OHIO      )
                   ) SS:
COUNTY OF HAMILTON )

Wilson G. Weisenfelder, Jr., being first duly cautioned and sworn, deposes and states as follows:

1. Attached hereto is a true and accurate copy of an e-mail received from counsel for Plaintiffs (David M. Cook) on or about April 27, 2006 with regard to the scheduling of Plaintiffs' depositions in this case.

Further Affiant sayeth naught.

_____
Wilson G. Weisenfelder, Jr.

Sworn to and subscribed before me, a notary public, by Wilson G. Weisenfelder, Jr. this 27th day of July, 2006.

_____
Notary Public

ARTHUR E. PHELPS, JR.
NOTARY PUBLIC - STATE OF OHIO
My Commission Has No Expiration Date

**EXHIBIT B**

## Weisenfelder, Wilson G.

**From:** David M. Cook [dcook@dmcllc.com]
**Sent:** Thursday, April 27, 2006 5:11 PM
**To:** Weisenfelder, Wilson G.
**Cc:** 'Bob Rickey'; 'Lynn Tucker'; 'Allison Beck'
**Subject:** Tucker v. City of Fairfield

Wil: My clients advise me they are all in Denver for the IAMAW National Staff Conference on June 14 and 15. They have offered the dates of June 19 and 20. Please let us know if these work with your schedule.

**david m. cook**
COOK, PORTUNE & LOGOTHETIS
*An Association of Law Corporations*
22 West Ninth Street
Cincinnati, Ohio 45202-2024
513.721.7500 (phone)
513.721.1178 (fax)

This message may contain confidential information and communications subject to the attorney-client privilege. If this message has been received by anyone other than the intended recipient by error, please deliver it to the intended recipient as soon as possible, and destroy this message. Should you have any questions, please contact me at the address and number listed above.